**Opinion issued July 30, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00463-CV

_____

## IN RE STEADFAST FUNDING, LLC, ET AL., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Steadfast Funding, LLC, et al., have filed a motion to dismiss their petition for a writ of mandamus as moot, stating that the respondent district judge has since ruled on the pending motions it challenged in the petition.[1]  *See* TEX. R. APP. P. 42.1(a)(1).  No opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

---

[1]     The underlying case is *2017 Yale Dev. LLC v. Steadfast Funding, LLC, et al.*, Cause No. 2016-64847, pending in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.

Because the respondent has since ruled on the pending motions challenged by the petition, this Court no longer has jurisdiction to grant relief because the petition has been rendered moot. *See Tex. A&M Univ.–Kingsville v. Yarbrough*, 347 S.W.3d 289, 290–91 (Tex. 2011); *In re Jackson*, No. 01-12-00020-CV, 2012 WL 405707, at *1 (Tex. App.—Houston [1st Dist.] Feb. 9, 2012, orig. proceeding) (per curiam) (mem. op.) (dismissing mandamus petition as moot after relator received relief requested).

Accordingly, we grant relators' motion and dismiss the petition as moot. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss as moot the real parties in interests' motion/renewed motion for sanctions. *See* TEX. R. APP. P. 45.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.